IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: :
                                                            Case No. 10-37587
    CYRAN, CURTIS P. : Chapter 7
    CYRAN, REBECCA L.           Judge Lawrence S. Walter
                                                 :
              Debtors.

## NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT

As set forth below, the Trustee proposes to sell and or dispose to the Debtors certain tangible personal property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's proposed action, or if you want the Court to consider your views on the Trustee's proposed action, then on or before Twenty One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

    The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
    Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also either electronically serve John Paul Rieser through the court's ECF System or mail a copy to John Paul Rieser at the following address:    John Paul Rieser
                                                                              7925 Graceland Street
                                                                              Dayton, OH 45459-3834

If you or your attorney do not take these steps, the Trustee will take the proposed action without further notice and report the details thereof on the Final Report in this case.

**October 6, 2011**                                                                             **/s/ *John Paul Rieser***

Date of Issuance                                                                                   John Paul Rieser, Esq.

## NOTICE OF PROPOSED SALE /DISPOSITION

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case and hereby gives notice pursuant to 11 U.S.C. §§ 363, 554, and 725 that a disposition of tangible personal property will be made to the Debtors in exchange for non-exempt equity, as determined by the Trustee and agreed to by the Debtors.

The properties at issue are a 1997 BMW 318 ("Vehicle 1"), a 1995 GMC Vandura G2500 ("Vehicle 2"), and Miscellaneous Jewelry ("Jewelry") scheduled by the Debtors. The Debtors scheduled the value of the Vehicle 1 as $700.00. The Trustee determined the value of Vehicle 1 to be $1,037.50 based on the average of the Kelley Blue Book fair trade in value ($1,200.00) and the NADA rough trade in value ($875.00). From this value, the Trustee deducted (1) the average cost of sale amount of $337.50[1]. The non-exempt equity owed to creditors for the Vehicle is $700.00 and the Debtors have paid this amount to the Trustee.

The Debtors scheduled the value of the Vehicle 2 as $700.00. The Trustee determined the value of Vehicle 2 to be $1,237.00 based on the NADA rough trade in value ($1,237.00). From this value, the Trustee deducted (1) the average cost of sale amount of $537.00. The non-exempt equity owed to creditors for the Vehicle is $700.00 and the Debtors have paid this amount to the Trustee.

The Trustee determined the value of the Jewelry to be $4,500.00 based on the appraisal. From this value, the Trustee deducted the Debtors' jewelry exemptions in the amount of $2,900.00. The non-exempt equity owed to creditors for the Jewelry is $1,600.00 and the Debtors have paid this amount to the Trustee. The Trustee believes that disposing of the Vehicles and Jewelry by permitting the Debtors to "buy out" the non-exempt equity herein will produce a net certain recovery

---

[1] This condition adjustment is based on Trustee's experience in selling vehicles at auctions in the current market environment.

to creditors equal to or greater than that which would be obtained from selling the Vehicles and Jewelry at auction or by alternative disposition methods, which have greater transaction costs, take longer, and have no certainty as to result.

**WHEREFORE,** the Trustee now notices creditors and all parties of interest that unless an objection to this Notice is timely filed and served, the Trustee will finalize this proposed disposition as permitted by the Bankruptcy Code, Rules and Local Bankruptcy Rules.

Respectfully yours,

**/s/ *John Paul Rieser***
John Paul Rieser, Trustee
Rieser & Associates LLC
7925 Graceland Street
Dayton, OH 45459-3834
Phone: (937) 224-4128, Fax: (937) 224-3090
E-mail: tecfdesk@rieserlaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT** was served this 6th day of October, 2011, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.
(2) A creditor who is listed by name only, with no mailing address, is <u>not</u> being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.
(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

> Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov
> Jeremy Shane Flannery Jeremy.S.Flannery@usdoj.gov
> Cynthia A Jeffrey ecfsdoh@reimerlaw.com, RACJ.ecfsdoh@yahoo.com
> David E Larson larsond@altickcorwin.com, syxj@altickcorwin.com

*/s/ John Paul Rieser*

John Paul Rieser [lrs/801]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:10-bk-37587<br>Southern District of Ohio<br>Dayton<br>Thu Oct  6 09:58:05 EDT 2011 | United States Bankruptcy Court<br>120 West Third Street<br>Dayton, OH 45402-1872 | (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 |
| American Recovery Systems Inc<br>1699 Wall Street, Suite 300<br>Mount Prospect IL 60056-5778 | Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Bank of America<br>P O Box 15102<br>Wilmington DE 19886-5102 |
| Bonded Collection Corp<br>P O Box 1022<br>Wixom MI 48393-1022 | Card Member Service<br>SBN Network<br>P O Box 15153<br>Wilmington DE 19886-5153 | CardMember Service<br>P O Box 15548<br>Wilmington DE 19886-5548 |
| Chase Auto Finance<br>P O Box 9001801<br>Louisville KY 40290-1801 | CitiCards<br>P O Box 6500<br>Sioux Falls SD 57117-6500 | Credit One<br>P O Box 605<br>Metairie LA 70004-0605 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH  430543025 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Encore Receivable Management<br>P O Box 3330<br>Olathe KS 66063-3330 | FMA Alliance, LTR<br>11811 North Freeway #900<br>Houston TX 77060-3292 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382-9009 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| KEYBANK, N.A.<br>C/O WELTMAN, WEINBERG & REIS, CO., LPA<br>323 W. LAKESIDE AVE., 2ND FL.<br>CLEVELAND, OH 44113-1085 | Key Bank<br>P O Box 94920<br>Cleveland OH 44101-4920 | Midland Credit Management Inc<br>P O Box 60578<br>Los Angeles CA 90060-0578 |
| Nationwide Credit Inc.<br>P O Box 740640<br>Atlanta GA 30374-0640 | Ohio Dept. of Taxation<br>ATTN:  Bankruptcy Division<br>P O Box 530<br>Columbus OH 43266-0030 | U. S. Attorney<br>602 Federal Bldg.<br>200 West Second St.<br>Dayton OH 45402-1443 |
| U. S. Attorney General<br>Main Justice Bldg  RM 5111<br>10th & Constitution Ave. NW<br>Washington DC 20530-0001 | United Recovery Systems LP<br>P O Box 722929<br>Houston TX 77272-2929 | Wells Fargo Home Mortgage<br>P O Box 6423<br>Carol Stream IL 60197-6423 |

| Curtis P Cyran | David E Larson | John Paul Rieser |
|---|---|---|
| 7362 Jaguar Court | One South Main Street Suite 1590 | 7925 Graceland Street |
| Waynesville,, OH 45068-8210 | Dayton, OH 45402-2035 | Dayton, OH 45459-3834 |

Rebecca L Cyran  
7362 Jaguar Court  
Waynesville,, OH 45068-8210

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Advanta Bank Corp | Discover | (d)Discover |
|---|---|---|
| P O Box 30715 | P O Box 15251 | P O Box 15316 |
| Salt Lake City UT 84130-0715 | Wilmington DE 19886-5251 | Wilmington DE 19850 |

| Elan Financial Services | (d)Elan Financial Services | Fifth Third Bank |
|---|---|---|
| P O Box 790084 | PO Box 5229 | Western Ohio |
| Saint Louis MO 63179 | Cincinnati, OH 45201 | P O Box 630778 |
| | | Cincinnati OH 45263-0778 |

Internal Revenue Service  
P O Box 21126  
Philadelphia PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, NA

End of Label Matrix  
Mailable recipients    33  
Bypassed recipients     1  
Total                  34